**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-2166**

_____

DHARMESH JAIN,

        Plaintiff - Appellant,

    v.

COUNTY BOARD OF ARLINGTON COUNTY, VIRGINIA, the Governing Body
for the County,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Claude M. Hilton, Senior District Judge.  (1:19-cv-00560-CMH-IDD)

_____

Submitted:  August 31, 2022                   Decided:  September 22, 2022

_____

Before WYNN and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Dharmesh Jain, Appellant Pro Se.  Virginia Margaret Sadler, ARLINGTON COUNTY
ATTORNEY'S OFFICE, Arlington, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dharmesh Jain appeals the district court's order granting summary judgment to his former employer, the County Board of Arlington County, Virginia, on his employment discrimination claims raised pursuant to the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213.   We review the district court's summary judgment ruling de novo, "applying the same legal standards as the district court and viewing all facts and reasonable inferences in the light most favorable to the nonmoving party." *Ballengee v. CBS Broad., Inc.*, 968 F.3d 344, 349 (4th Cir. 2020).

Upon review of the record, we discern no reversible error in the district court's conclusion that Jain failed to establish sufficient prima facie evidence to support his claims. Accordingly, we affirm the district court's order. *Jain v. Cnty Bd. of Arlington Cnty.*, No. 1:19-cv-00560-CMH-IDD (E.D. Va. Sept. 28, 2020).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*